AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ERIC MAURICE BRODIE**
**DOB: x/x/xx**
**PDID: xxx-xxx**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 1, 2008** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Llama .45 caliber semi-automatic pistol and .45 caliber ammunition; a Cobray 9mm semi-automatic assault rifle; and a Glock 9mm semi-automatic pistol.**

in violation of Title **18** United States Code, Section(s) **922(g)(1)** .

I further state that I am **OFFICER JAMES BOTELER**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JAMES BOTELER**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATION DIVISION**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**_____
**Date**                                       **City and State**

_____        _____
**Name & Title of Judicial Officer**             **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On July 1, 2008, members of the United States Marshals Service and the Metropolitan Police Department Capital Area Regional Fugitive Task Force were conducting operations within the District of Columbia in order to locate and apprehend wanted fugitives. Members responded to 1917 Valley Terrace, SE, Washington, DC to execute a search warrant. Upon arrival officers observed defendant Eric Brodie in front of the residence. As officers approached the defendant immediately started running to evade the officers. Officers pursued the defendant and observed him tossing three firearms to the ground. The defendant was apprehended and placed under arrest. The tossed firearms were recovered and consisted of a loaded Llama .45 caliber semi-automatic pistol, a Cobray 9mm semi-automatic assault rifle, and a Glock 9mm semi-automatic pistol. A search of the defendant revealed $20 in United States currency, eight individual plastic wraps containing a white rock-like substance. The white rock-like substance was suspected to be crack cocaine. A portion of the suspected crack cocaine was field tested positive for cocaine base. The approximate weight of the suspected crack cocaine was 25 grams which indicates that the drugs were going to be sold to others rather than used exclusively by the defendant. To the best of the undersigned officer's knowledge, defendant Eric Brodie, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court, Criminal No. 2000-FEL-2393. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned office's knowledge, there are no Llama .45 caliber semi-automatic pistol, a Cobray 9mm semi-automatic assault rifle, and a Glock 9mm semi-automatic pistol nor ammunition manufactured in the District of Columbia.

                                                  OFFICER JAMES BOTELER
                                                  METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF JULY, 2008.

                                                  U.S. MAGISTRATE JUDGE