UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA   :
:
v.   :   Criminal Action No.: 08-235 (RMU)
:
ERIC M. BRODIE,   :
:
Defendant.   :

## CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this 12 day of August 2008,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before  August 22, 2008  ;

Oppositions    on or before  August 29, 2008  ; and

Replies    on or before  Sept. 5 2008  ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on  August 26, 2008 , at  11 am ; and

A motions hearing    on  Oct. 9, 2008 , at  9:45 ;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge