UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] Criminal No. 08-CR-235 |
| | ] Judge Urbina |
| ERIC BRODIE | ] |
| | ] |

**DEFENDANT ERIC BRODIE'S MOTION TO SUPPRESS TANGIBLE EVIDENCE
AND MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT THEREOF**

Defendant Eric Brodie, through undersigned counsel, respectfully moves this Court to suppress as evidence against him any and all evidence obtained as a result of his arrest and search on July 1, 2008.

As grounds for this Motion, defendant states the following:

1. On July 1, 2008, Eric Brodie was minding his own business in the 1900 block of Valley Terrace, SE. Suddenly, a swarm of officers descended on him and assaulted him. The officers later searched him, and allegedly recovered twenty dollars and contraband on his person. Police and also located weapons in the area.

2. Warrantless searches are unreasonable under the Fourth Amendment unless they fall within one of a few, carefully delineated exceptions. Katz v. United States, 389 U.S. 347, 357 (1967). In this case there was no warrant.

The test for probable cause is whether or not "the police have enough information to warrant a man of reasonable caution to believe a crime has been committed and that the person arrested has committed it." Bailey v. United States, 128 U.S. App. D.C., 354, 358, 389 F.2d 305 (1968). In the instant case, the arresting

1

officers did not have enough information to warrant such a belief as to the defendant when they accosted him, and then searched him.

     3.    Furthermore, the evidence at the hearing will show that at the time of the police stop, the defendant was not acting in a suspicious manner.  At the time the police arrested Mr. Martinez, they lacked adequate justification to seize and search him.  <u>Terry v. Ohio</u>, 393 U.S. 1 (1968).

     4.    Any evidence obtained pursuant to the illegal arrest of Mr. Brodie, as well as his illegal search, should be suppressed.  <u>Wong Sun v. United States</u>, 371 U.S. 471 (1963).

WHEREFORE, for these and such other reasons as may be advanced at a hearing on this motion, the defendant respectfully requests that the evidence be suppressed.  A hearing on this motion is respectfully requested.

Respectfully submitted,

_____

Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC  20001
Phone (202) 408-2041

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | Criminal No. 08-CR-235 |
| | ] | Judge Urbina |
| ERIC BRODIE | ] | |
| | ] | |

### ORDER

Upon motion of defendant Eric Brodie to suppress evidence, and for good cause shown, it is, this _____ day of _____, 2008, hereby

ORDERED, that the motion is GRANTED.

_____

JUDGE

Date: