UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
            v.                  :   Criminal Action No.:  08-235 (RMU)
                                :
ERIC M. BRODIE,                 :
                                :
            Defendant.          :

**ORDER**

It is this _26_ day of _August_ 2008, hereby

**ORDERED** a _plea_ hearing in the above-captioned case shall take place on _Sept. 41 2008_ at _2 pm_.

**SO ORDERED.**

FILED
AUG 26 2008
Clerk, U.S. District and
Bankruptcy Courts

_____
Ricardo M. Urbina
United States District Judge