UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Cr. No. 08-235 (RMU) |
| ERIC BRODIE | : | |
| Defendant. | : | |

**FILED**
SEP 4 - 2008
Clerk, U.S. District and
Bankruptcy Courts

## STATEMENT OF FACTS

The parties in this case, the United States of America, and the defendant, Eric Brodie, stipulate and agree that the following facts are true. This statement of facts does not include all of the facts known to the parties in this case. The statement sets forth facts sufficient to prove that the defendant committed the offense to which she is pleading guilty, as well as certain facts that are relevant to sentencing in this matter.

On July 1, 2008, at approximately, 12:44 p.m., Deputy United States Marshals (DUSMs) and the Metropolitan Police Department (MPD) Fugitive Task Force officers were conducting an operation within Washington, DC in order to locate and apprehend fugitives. The Officers were asked to go 1917 Valley Terrace, SE, Washington, DC in order to assist MPD homicide detectives with the execution of a warrant.

When the USMS and MPD officers arrived at 1917 Valley Terrace, SE, the defendant was standing in front of the residence. The defendant walked down the sidewalk away from the residence. When the defendant saw the officers he turned and began walking up the walk way toward the house. The DUSMs instructed the defendant to walk toward them and to place his hands on the car. The defendant put his hands on the car and when the DUSMs walked toward him, the

7

defendant took off running. The officers chased the defendant and during the chase, the defendant retrieved three weapons from his pants and waistband area. As the defendant continued to run, he threw three guns to the ground before being apprehended by the police. The defendant was subsequently searched and the officers recovered eight individual plastic bags of a white rock substance that tested positive as suspected crack cocaine. The approximate weight is 25.6 grams which is consistent with distribution and not personal use.

The weapons the defendant discarded were a "LLAMA" .45 cailber semi-automatic pistol, a "Cobray" 9 mm semi-automatic assault rifle and a "Glock" 9 mm semi-automatic pistol. All three weapons were recovered.

## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the Statement of Offense with my attorney, Joanne Slaight, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 8/30/08

_Eric Maurice Brodie_
**Eric Brodie**

Date: 8/30/08

_Joanne Slaight_
**Joanne Slaight, Esq.**
Attorney for Eric Brodie

8