FIL_
SEP 4 - 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 08-235 (RMU)
:
ERIC M. BRODIE, :
:
Defendant. :

### SENTENCING SCHEDULING ORDER[1]

It is this _4_ day of _September_ 2008,

ORDERED that the sentencing in this matter be set for _Dec. 2,_ at _10 AM_; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing mu do so no later than 8 business days after the probation officer discloses the final pre-sentenc investigation report, with responses (if any) due 4 business days thereafter. These memor and any responses thereto must cite to supporting legal authority.

**SO ORDERED**.

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judg(

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal ...l Rule of Criminal Procedure 45(a).